UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE G. JIMENEZ, CAMILA PINTO,
DANIEL PAZ, CRISTIANE DE MATTOS,
LUZ ALVAREZ, LUIZ NETO, HELMER
MOSQUERA, WILSON MASSO, JESUS
VICTORERO, CARLOS CASTRO,
DALIZIO BARROS,

          Plaintiffs,

-vs-                        Case No.  6:06-cv-1231-Orl-28JGG

LCM INVESTMENT GROUP, INC.,
DELTA DRIVERS SERVICE, INC., LUIS
CAAMANO,

          Defendants.
_____

# ORDER

This case is before the Court on Attorneys' for Plaintiff Carlos Castro's Motion to Withdraw as Counsel (Doc. No. 27) filed January 8, 2007 and the Court's Order to Show Cause for failure to prosecute (Doc. 28) filed January 22, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted and the case dismissed as to Carlos Castro.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 15, 2007 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Attorneys' for Plaintiffs Motion to Withdraw as Counsel (Doc. 27) is **GRANTED.**

3. The case is **DISMISSED** as to Plaintiff Carlos Castro.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8 day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party