UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE G. JIMENEZ, CAMILA PINTO,
DANIEL PAZ, CRISTIANE DE MATTOS,
LUZ ALVAREZ, LUIZ NETO, HELMER
MOSQUERA, WILSON MASSO, JESUS
VICTORERO, CARLOS CASTRO,
DALIZIO BARROS,

           Plaintiffs,

-vs-                                    Case No. 6:06-cv-1231-Orl-28JGG

LCM INVESTMENT GROUP, INC.,
DELTA DRIVERS SERVICE, INC., LUIS
CAAMANO,

           Defendants.

## ORDER

This case is before the Court on the Joint Motion for Approval of Proposed Settlement (Doc. No. 65) filed November 15, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 27, 2007 (Doc. No. 66) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Proposed Settlement (Doc. No. 65) is **GRANTED.** The settlement is approved as a fair and reasonable resolution of a bona fide dispute.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21__ day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party